III. **INVESTMENT REPRESENTATIONS**

*To be completed by all Investors.*

A. Indicate how often you invest in:

1. Marketable Securities

    Often ☒    Occasionally ☐    Seldom ☐    Never ☐

2. Illiquid Securities

    Often ☐    Occasionally ☒    Seldom ☐    Never ☐

B. Please answer each of the following questions regarding your investment experience:

1. Do you have such knowledge and experience in financial and business matters as to be capable of evaluating the merits and risks of an investment in the Shares in the Fund?

    Yes ☒    No ☐

2. Do you, either alone by reason of your business or financial experience or together with your professional advisor or advisors have the capacity to protect your own interests in connection with a purchase of the Shares in the Fund?

    Yes ☒    No ☐

3. Are you (or any trust beneficiary for which you are the fiduciary) able to bear the economic risk of the investment, including a complete loss of the investment?

    Yes ☒    No ☐

19

C.  Legal Structure of Investor (individuals should skip)

1.  The Investor has been duly formed and is validly existing and has full power and authority to invest in the Fund. The person signing on behalf of the undersigned has the authority to execute and deliver the Agreement on behalf of the Investor and to take other actions with respect thereto.

2.  Indicate the form of entity of the undersigned:

    ☐ Limited Partnership

    ☐ General Partnership

    ☒ Corporation

    ☐ Limited Liability Company

    ☐ Revocable Trust (If the trust does not have $5 million in assets or if the trust was specifically formed for the purpose of this investment, identify each grantor and indicate under what circumstances the trust is revocable by the grantor. Also indicate the category in Section D below that describes how each such grantor is qualified as an "Accredited Investor."):

    _____
    _____
    _____
    _____

    (Continue on a separate piece of paper, if necessary)

    ☐ Other type of Trust (Indicate type of trust and, for trusts other than pension trusts, name the grantors and beneficiaries.):

    _____
    _____
    _____
    _____

    (Continue on a separate piece of paper, if necessary)

    ☐ Other form of organization (Indicate form of organization.): _____

3.  The approximate date the undersigned entity was formed: July 15th 2003

4.  State of principal place of business: British Virgin Islands

5.  Country of organization: British Virgin Islands

20

D.  Verification of Status as an "Accredited Investor"

In order for the Fund to offer and sell the Shares in conformity with state and federal securities laws, the following information must be obtained regarding your status as an "Accredited Investor."

If an individual, check each category that is applicable:

☐ (1) The Investor is a natural person whose net worth, either individually or jointly with such Investor's spouse, exceeds $1,000,000;

☐ (2) The Investor is a natural person who had an income in excess of $200,000, or joint income with such Investor's spouse in excess of $300,000, in each of the last two years and reasonably expects to have individual income reaching the same level in the current year;

☐ (3) The Investor is a director, executive officer or general partner of the Investment Manager or executive officer of the Fund.

☐ (4) None of the above.

The term "net worth" means the excess of total assets over total liabilities. In calculating "net worth," the undersigned may include the estimated fair market value of the Investor's principal residence as an asset.

In determining individual "income," the Investor should (i) add to the Investor's individual adjusted gross income (exclusive of any spousal income) any amounts attributable to tax exempt income received, losses claimed as a member in any limited partnership, deductions claimed for depletion, contributions to an IRA or Keogh retirement plan to the extent vested, alimony payments, and any amount by which income from long-term capital gains has been reduced in arising at adjusted gross income and (ii) subtract from the Investor's individual adjusted gross income any unrealized capital gain.

If not an individual, please check each category that is applicable:

☐ (5) The Investor is a bank as defined in Section 3(a)(2) of the Securities Act, or a savings and loan association or other institution as defined in Section 3(a)(5)(A) of the Securities Act, whether acting in its individual or fiduciary capacity;

☐ (6) The Investor is a broker or dealer registered pursuant to Section 15 of the Securities Exchange Act of 1934, as amended;

☐ (7) The Investor is an insurance company as defined in Section 2(a)(13) of the Securities Act;

☐ (8) The Investor is an investment company registered under the Investment Company Act of 1940, as amended, or a business development company as defined in Section 2(a)(48) of the Investment Company Act of 1940, as amended;

☐ (9) The Investor is a Small Business Investment Company licensed by the U.S. Small Business Administration under Section 301(c) or (d) of the Small Business Investment Act of 1958, as amended;

☐ (10) The Investor is a plan established and maintained by a state, its political subdivisions, or any agency or instrumentality of a state or its political subdivisions, for the benefit of its employees, and such plan has total assets in excess of $5,000,000;

☐ (11) The Investor is an employee benefit plan within the meaning of the Employee Retirement Income Security Act of 1974, and (i) the investment decision is made by a plan fiduciary, as defined in Section 3(21) of such Act, which is either a bank savings and loan association, insurance company, or registered investment advisor, or (ii) the employee benefit plan has total assets in excess of $5,000,000 or (iii) if a self-directed plan, the investment decisions are made solely by persons that are accredited investors;

☐ (12) The Investor is a private business development company as defined in Section 202(a)(22) of the Investment Advisers Act of 1940, as amended;

☐ (13) The Investor (i) is either a corporation, a partnership, a limited liability company, an organization described in Section 501(c)(3) of the Internal Revenue Code, or a Massachusetts or similar business trust, (ii) has not formed for the specific purpose of acquiring the Shares and (iii) has total assets in excess of $5,000,000;

☐ (14) The Investor is a trust, with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the Shares, whose purchase is directed by a sophisticated person who has such knowledge and experience in financial and business matters that such person is capable of evaluating the merits and risks of investing in the Fund;

☐ (15) The Investor is an entity in which all of the equity owners qualify under any of the above categories (including the categories for individuals listed in the immediately proceeding page). If the undersigned belongs to this category only, list the equity owners of the undersigned, and the category that each such equity owner satisfies.

_____

_____

_____

(Continue on a separate piece of paper, if necessary)

☒ (16) None of the above.

E. Verification of Status as a "Qualified Purchaser"

The Fund is being organized as a private investment company exempt from registration under the Investment Company Act of 1940, as amended pursuant to either Section 3(c)(1) or Section 3(c)(7) thereunder. In order for the Partnership to qualify for the exemption provided under Section 3(c)(7), each Investor in the Fund must be a Qualified Purchaser. Please check each of the following categories that is applicable:

22

☐ (1) The investor is a natural person (individual) who owns not less than $5,000,000 in "Investments."[3]

☐ (2) The Investor is a corporation, partnership, limited liability company, trust or other organization that was not formed for the specific purpose of investing in the Partnership,[4] is directly or indirectly owned entirely by or for (i)(x) two or more natural persons who are related as siblings, spouses, or as direct lineal descendants by birth or adoption, or (y) spouses of such persons, (ii) estates of such persons, or (iii) foundations, charitable organizations, or trusts established by or for the benefit of such persons, and owns not less than $5,000,000 in "Investments" (a "Family Company").

☐ (3) The Investor is a trust not covered by item (2) above and that was not formed for the specific purpose of acquiring the securities offered, as to which the trustee or other person authorized to make decisions with respect to the trust, and each settlor or other person who has contributed assets to the trust, is a person described in item (1), (2) or (4) of this Section E.

☐ (4) The Investor was not formed for the specific purpose of investing in the Fund, is acting for its own account or the accounts of other Qualified Purchasers and in the aggregate owns and invests on a discretionary basis not less than $25,000,000 in "Investments."

☐ (5) The Investor is a qualified institutional buyer (as defined in paragraph (a) of Rule 144A under the Securities Act) acting for its own account, the account of another qualified institutional buyer, or the account of a qualified purchaser (as defined by the Investment Company Act) and the Investor is not a securities dealer (as described in paragraph (a)(1)(ii) of Rule 144A under the Securities Act), an employee benefit plan or a trust fund that holds the assets of an employee benefit plan.

☐ (6) The Investor is a qualified institutional buyer that is a dealer in securities registered as such under the Securities Exchange Act of 1934, as amended and the Investor owns and invests on a discretionary at least $25,000,000 in securities of issuers that are not affiliated persons of the dealer.

☐ (7) The Investor is a qualified institutional buyer that is a plan established and maintained by a state for the benefit of its employees, a employee benefit plan or a trust fund that holds the assets of such a plan and the investment decisions with respect to the plan are made solely by the fiduciary, trustee or sponsor of such plan.

---

[3] See following section, "Definition of Investments."

[4] An Investor may be deemed to be "formed for the specific purpose of investing in the Partnership" if either (i) the amount of the Investor's subscription for Interests in the Partnership exceeds 40% of the total assets (on a consolidated basis with its subsidiaries) of the Investor or (ii) interest holders in the Investor are able to decide individually whether to participate (or the extent of their participation) in the Investor's investment in the Partnership (i.e., holders of interests in the Investor can determine whether their capital will form part of the capital invested by the Investor in the Partnership).

☐   (8)    Each beneficial owner of the Investor's securities is a Qualified Purchaser (i.e. can check one of the above boxes on this page). If the Investor belongs to this investor category only, list the beneficial owners of the Investor's securities and the investor category that each equity owner satisfies.

_____

_____

(Continue on a separate piece of paper, if necessary)

☒   (9)    None of the above.

The term "Investments" includes:

1) Securities, other than securities of an issuer that controls, is controlled by, or is under common control with you, unless the issuer of such securities is a "public company," a "financial company" or has more than $50 million in equity, as reflected on such company's financial statements which present such equity information as of a date within 16 months preceding the date on which you acquire an Interest. The term "public company" includes all companies that file reports pursuant to Section 13 or 15(d) of the Exchange Act or have a class of securities that are listed on a Designated Offshore Securities Market, as defined by Regulation S of the Securities Act. The term "financial company" includes a commodity pool or an "investment company" (whether U.S. or offshore) or a company required to register as such under the Investment Company Act but for the exclusions or exemptions provided by sections 3(c)(1) through 3(c)(9) of the Investment Company Act;

2) Real estate held for investment purposes so long as it is not used by you or a close relative (generally, a sibling, spouse, former spouse, direct ancestor or descendent or a spouse of such an ancestor or descendent) for personal or business purposes. However, if you are primarily in the real estate business, such real estate is includable as an "Investment" even if it is held by the owner;

3) "Commodity interests" or "physical commodities" held for investment purposes by you. "Commodity interests" include commodity futures contracts, options on commodity futures contracts, and options on physical commodities traded on or subject to the rules of (i) any contract market designated for trading such transactions under the United States Commodity Exchange Act, as amended, and the rules thereunder or (ii) any board of trade or exchange outside the United States, as contemplated in Part 30 of the rules under the Commodity Exchange Act. "Physical commodities" include any physical commodity with respect to which a "commodity interest" is traded on a market specified in the definition of commodity interests above;

4) To the extent not securities, "financial contracts" entered into for investment purposes or in connection with investments. "Financial contracts" include any arrangement that (i) takes the form of an individually negotiated contract, agreement, or option to buy, sell, lend, swap, or repurchase, or other similar individually negotiated transaction commonly entered into by participants in the financial markets; (ii) is in respect of securities, commodities, currencies, interest or other rates, other measures of value, or any other financial or economic interest similar in purpose or function to any of the foregoing; and (iii) is entered into in response to a request from a counterparty for a quotation, or is

24

otherwise entered into and structured to accommodate the objectives of the counterparty to such arrangement;

5) If you are a commodity pool or an investment company exempted from registration by section (3)(c)(1) or 3(c)(7) of the Investment Company Act, any amounts payable to you pursuant to a firm agreement or similar binding commitment upon your demand; and

6) Cash and cash equivalents held for investment purposes, such as bank deposits, foreign currencies, certificates of deposit, net cash surrender value of an insurance policy and cash held for defensive purposes.

*"Investments" do not include other assets which do not reflect experience in the financial markets, such as jewelry, art work, antiques and other collectibles.*

For purposes of determining the amount of "Investments" owned by a company, "Investments" of a parent company and its majority-owned subsidiaries may be aggregated to meet the minimum "Investment" amount requirements, regardless of which company is the prospective Qualified Purchaser.

For purposes of determining the amount of "Investments" owned by a natural person, there may be included any "Investment" held jointly or as community property with such person's spouse. In determining whether spouses who are making a joint investment in the Fund are Qualified Purchasers, there may be included in the amount of each spouse's "investments" (without duplication) any "Investments" owned by the other spouse (whether or not such "Investments" are held jointly). In determining whether a natural person is a Qualified Purchaser, there may be included in the amount of such person's "Investments" any "Investments" held in an individual retirement account 401(k) plan, Keogh plan or similar account the investments of which are directed by and held for the benefit of such person.

Valuation of Investments

In determining the value of "Investments" in order to ascertain Qualified Purchaser status, the aggregate amount of "Investments" owned and invested on a discretionary basis by such person can be either their fair market value on the most recent practicable date or the cost of such "investments," provided that the same method must be used for all "Investments." However,

I. In the case of "commodity interests," the amount of "Investments" is the value of the initial margin or option premium deposited in connection with such "commodity interests"; and

II. In each case, there must be deducted from the amount of such "Investments" the following amounts:

    A. The amount of any outstanding indebtedness incurred by the prospective Qualified Purchaser to acquire such "Investments"; and

    B. In the case of a Family Company (as defined above), in addition to the amounts specified in paragraph II.A above, any outstanding indebtedness incurred by an owner of the Family Company to acquire the Family Company's "investments."

25

F. <u>Verification of Non-Look Through Status (skip if an individual or revocable trust)</u>

☒ True ☐ False (1) The Investor was not organized or reorganized for the specific purpose of acquiring the Shares.

☒ True ☐ False (2) The Investor has made investments prior to the date hereof or intends to make investments in the near future, and each beneficial owner of interests in the Investor has and will share in the same proportion to each investment

☒ True ☐ False (3) The Investor's investment in the Fund will not constitute more than 40% of the committed capital of the Investor.

☒ True ☐ False (4) The Investor is not a registered investment company under the Investment Company Act of 1940, as amended, or a company exempt from registration under Section 3(c)(1) or 3(c)(7) of the Investment Company Act of 1940, as amended.

NOTE: If the "False" box is checked for any of (1), (2), (3) or (4) above: (i) name the partners, shareholders, members or other persons participating in the entity, and the percentage interest which each such persons has in such entity; and (ii) each beneficial owner of the Investor should complete a separate copy of this Questionnaire; *provided, however,* that the foregoing information shall be provided in a case where only (4) is false only if the Investor is making an Investment of at least 10% of the total Subscriptions to the Fund.

---

If the Investor checked the "False" box under (4) above and is a company exempt from registration under Section 3(c)(1) or 3(c)(7) of the Investment Company Act of 1940, as amended, please answer the following questions:

☐ True ☐ False (a) The Investor has no beneficial owners of its outstanding securities who acquired such securities on or before April 30, 1996 ("Pre-Amendment Beneficial Owners").

☐ True ☐ False (b) The Investor has Pre-Amendment Beneficial Owners and has obtained the consent of all such Pre-Amendment Beneficial Owners to the treatment of the Investor as a Qualified Purchaser.

G. <u>Verification of Status as an Employee Benefit Plan (skip if an individual or revocable trust)</u>

☐ True ☒ False (1) an "employee welfare benefit plan" as described in section 3(1) of ERISA that is subject to the provisions of Title I of ERISA[5]; or

---

[5] An "employee welfare benefit plan" is any plan, fund or program established or maintained by an employer to provide (i) medical, surgical or hospital care or benefits in the event of sickness, accident, disability, death or unemployment, (ii) vacation benefits, apprenticeship plans or other training programs, or (iii) day care centers, scholarship funds or prepaid legal services. An "employee welfare benefit plan" also includes a fund or program providing benefits described in Section 302© of the Labor Management Relations Act, other than pensions on retirement or death. Group health and dental plans, severance pay plans and disability plans should mark "True."

26

| ☐ True | ☒ False | (2) | an "employee pension benefit plan" as described in Section 3(2) of ERISA that is subject to Title I of ERISA, or a trust described in Code Section 401(a), or a plan described in Code Section 403(a)[6]; or |
|---|---|---|---|
| ☐ True | ☒ False | (3) | an individual retirement account as described in Code Section 408(a); or |
| ☐ True | ☒ False | (4) | an individual retirement annuity as described in Code Section 408(b); or |
| ☐ True | ☒ False | (5) | a governmental plan as described in Code Section 414(d) (i.e., a plan established and maintained for its employees by the government of the United States, any State or political subdivision thereof, or by any agency or instrumentality of any of the foregoing); or |
| ☐ True | ☒ False | (6) | a church plan as described in Code Section 414(e) with respect to which the election provided by Code Section 410(d) has not been made (i.e., a church plan that has not elected to be covered by ERISA's participation and funding rules); or |
| ☐ True | ☒ False | (7) | a foreign plan as described in Section 4(b)(4) (i.e., a plan maintained outside the United States, the participants of which are all (or substantially all) non-resident aliens with no United States-source income); or |
| ☐ True | ☒ False | (8) | an entity which itself is not a plan or trust described in any of the above items H(1) through H(7), but whose assets are considered assets of a plan pursuant to 29 CFR 2510.3-101, et seq., or pursuant to the principles set forth in *John Hancock Mutual Life Insurance Company v. Harris Trust & Savings Bank* (114 S. Ct. 517 (1993)), or otherwise (i.e., an entity whose assets are (i) "plan assets" under the Department of Labor regulations or (ii) assets of an insurance company held in a general account that were not obtained solely through the issuance of a contract or policy providing guaranteed benefits); or |
| ☐ True | ☒ False | (9) | an entity, plan, fund or program other than the one described in H(1) through H(8), above. Please describe. |

_____
_____
_____

*Signature page to follow*

---

[6] An "employee pension benefit plan" is any plan, fund or program established or maintained by an employer that provides retirement income to employees, or results in the deferral of income by employees to the date the employees' employment terminates or later. Pension plans, profit sharing plans or employee stock ownership plans should mark "True." Government plans described in Code Section 414(d) election, are exempt from Title I of ERISA and should mark "False."

27

THE UNDERSIGNED AGREES TO NOTIFY THE FUND IMMEDIATELY IF ANY OF ITS RESPONSES ABOVE BECOMES INACCURATE AT ANY TIME, INCLUDING ANY TIME FOLLOWING THE CLOSING.

IF THE UNDERSIGNED IS UNCERTAIN AS TO THE CORRECT RESPONSE ABOVE, THE UNDERSIGNED SHOULD CONSULT WITH ITS LEGAL COUNSEL IN COMPLETING ITS RESPONSE ABOVE OR SHOULD CONTACT THE INVESTMENT MANAGER.

Executed on: November 30th, 2006

Netherfield Holdings Ltd.
Print Name of Investor

By: _____ [signature]
Signature

VILIJA NIKULINA, DIRECTOR
Print Name of Signatory and Title (if applicable)

ANNEX A

## Highland Credit Strategies Fund, Ltd.
### Privacy Notice

To our individual investors:

We are now required by law to inform our individual investors of our policies regarding privacy of information regarding our investors. For us, protecting the privacy of your information is nothing new. We have in the past and will continue in the future to protect your right to privacy. As a general rule, we do not disclose nonpublic personal information about our investors or former investors to anyone that is not affiliated with us without the investor's consent.

Types of "Nonpublic Personal Information" We Collect

In the course of our investment activities on your behalf, we may collect nonpublic personal information from you, such as your name and social security number, from documents that you may deliver to us or from our discussions with you.

Parties to Whom We Disclose Information

As stated previously, we generally do not disclose any nonpublic personal information about our current or former investors that we obtain during the course of our relationship to unaffiliated third parties, except as permitted by law. However, in order to conduct investment activities on your behalf, in limited situations we may need to disclose this nonpublic personal information to unrelated third parties (for example, auditors, the Internal Revenue Service or other governmental entities). Also, in some situations, we may need to disclose or share nonpublic personal information with an affiliated third party, such as our investment manager or an affiliated partnership, in order to conduct investment activities on your behalf. *Your authorization of us to conduct investment activities on your behalf and your continuing relationship with us acts as your consent to our disclosure of your nonpublic personal information when such disclosure is necessary to conduct such activities.*

In addition, we restrict access to nonpublic personal information to the employees of our general partner who need to know the information. Your nonpublic personal information may also be shared with our attorneys, accountants, and auditors. In all such situations, we take steps necessary to ensure that the confidential nature of the information being shared is maintained.

Protecting the Confidentiality and Security of Current and Former Investors' Information

In order to protect your information, we also maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

*******************************

If you have any questions about our disclosure policies, please contact the Administrator at (441) 278-7100 because your privacy and the confidentiality of your information are very important to us.

Person described in any of the preceding categories that has a beneficial interest in the entity.[12]

Section 2 (Unrestricted Persons)

☒ (12) None of the Restricted Person Categories in Section 1 above apply and the Investor is eligible to fully participate in profits and losses from investments in New Issues.

Determination of Exempted Entity Status:

If you checked one of boxes (1) – (11) set forth above, you may be eligible to participate in New Issues if you meet certain criteria for exempted entities. In order for the Fund to be able to determine the extent to which an exemption applies, please check all appropriate boxes that describe you.

The Investor is an entity that:

☐ (1) represents, based upon a representation from the beneficial account holders or a person authorized to represent the beneficial owners of the Investor (in either case, dated no earlier than twelve (12) months prior to the date of the Subscription Agreement) that none of the beneficial owners of the Investor who participate in New Issues are persons which are not entitled to do so under NASD Conduct Rule 2790 and the Investor is eligible to purchase New Issues in compliance with NASD Conduct Rule 2790;

☐ (2) is an investment company registered under the U.S. Investment Company Act of 1940, as amended;

☐ (3) is a common trust fund or similar fund, as described in Section 3(a)(12)(A)(iii) of the Securities Exchange Act of 1934, as amended, and the fund (i) has investments from 1,000 or more accounts, and (ii) does not limit beneficial interests in the fund principally to trust accounts of Restricted Persons;

☐ (4) is an insurance company general, separate or investment account, and (i) the account is funded by premiums from 1,000 or more policyholders; or, if a general account, the insurance company has 1,000 or more policyholders; and (ii) the insurance company does not limit the policyholders whose premiums are used to fund the account principally to Restricted Persons, or, if a general account, the insurance company does not limit its policyholders principally to Restricted Persons;

ANNEX B

## Anti Money Laundering

IMPORTANT NOTICE:

Subscription Applications will not be accepted unless the relevant Anti-Money Laundering Client Identification Form (A, B, C, D, E, F or G below) is completed in all respects, *and* the advice letter in the form set out in Appendix 1 is submitted to satisfactorily establish source of funds.

ANTI MONEY LAUNDERING CHECKLIST
(One of the boxes 1. to 7, and box 8, below must be answered 'Yes' by the Subscriber)

| | | | |
|---|---|---|---|
| 1. | If the subscriber is a Designated Body investing on its own account, has the Form (A) Declaration been provided on headed paper? | Yes | No |
| 2. | If the subscriber is a Designated Body investing as a nominee has Form (B) Declaration been provided on headed paper? | Yes | No |
| 3. | If the subscriber is an Individual, has Form (C) been completed in all respects and all required documentation submitted? | Yes | No |
| 4. | If the subscriber is a Corporation, has Form (D) been completed in all respects and all required documentation submitted? | (Yes) | No |
| 5. | If the subscriber is a Trust, has Form (E) been completed in all respects and all required documentation submitted? | Yes | No |
| 6. | If the subscriber is a Partnership, has Form (F) been completed in all respects and all required documentation submitted? | Yes | No |
| 7. | If the subscriber is a Collective Investment Scheme, has Form (G) been completed in all respects and all required documentation submitted? | Yes | No |
| 8. | Has your remitting financial institution provided the letter required at Appendix I to JPMorgan Tranaut Fund Administration (Ireland) Limited? | (Yes) | No |

FORM D

| WHERE THE SUBSCRIBER IS A CORPORATION |
|---|

This section must be completed and the required documents provided by every corporation subscribing for shares in the fund. The Subscriber must complete and satisfy either D1, D2 or D3

**D1**

Is the subscriber a company which is listed on, or wholly owned by a company which is listed on a recognised stock exchange?

Yes ☐     No ☒

If yes please provide evidence of listing and confirm the name and address of the listed entity. If no please proceed to D2 or D3 below.

Name _____

Address _____
_____
_____
_____

**D2**

Where the Subscriber is a private corporation
(1) complete the declaration below and
(2) provide the documents requested.

DECLARATION:

I/We, Directors of the above named subscriber, hereby declare that the subscriber is a Corporation which is not licensed under the laws of any country as a financial intermediary, but registered on the _July 15th 2003_ (date) in _British Virgin Islands_ (country) as a corporation, with the power to make this subscription. I/We further declare that the subscription is being made only on behalf of the corporation and that the following persons are all of the Directors of the Corporation:

(1)   Name            _Vilija Nikulina_

      Residential Address   _Shopeno 3-22, 2000 Vilnius, Lithuania_

      Business Address  _____

10

Occupation _Businesswoman_

Date of Birth _1962/3/11_

(2) Name _Getcha Njabidze_

Residential Address _Josefstädler Straße 43-45/11/37, 1080 Wien, Austria_

Business Address _____

Occupation _____

Date of Birth _____

(3) Name _____

Residential Address _____

Business Address _____

Occupation _____

Date of Birth _____

Details of further directors should be listed on a separate sheet

We declare further that the Subscriber does not issue bearer shares and will not for the duration of its investment in the fund issue bearer shares.

I/We further agree to notify the Administrator of the Fund of any changes in Directors or our policy regarding bearer shares arising whilst the Subscriber maintains an investment in the fund.

Signed: _[signature]_ Director

_Vilija Nikulina_ (print name)

Date: _30/11/06_

IMPORTANT: All of the following documentation is also required:

☐ Certified copy of Certificate of Incorporation

☐ Certified copy of Certificate of Good Standing from Registrar of Companies

11

| | |
|---|---|
| ☐ | Certified copy of Memorandum and Articles of Association, or equivalent |
| ☐ | Certified list of authorised signatories for the Fund |
| ☐ | Documents listed at C3 above for each director of the Fund |
| ☐ | Documents listed at C3 above for each person authorised to give instruction in respect of the investment |
| ☐ | Copy of a list of names and addresses, occupations and dates of birth of shareholders who hold 10% or more of the issued share capital of the corporate subscriber. |